In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00223-CV


____________________



IN RE D&P HOLDINGS, INC. d/b/a DIVERSIFIED INSURANCE


FACILITIES, JOHN F. ARMSTRONG AND G. EDWARD GOODWIN 


 




Original Proceeding 






MEMORANDUM OPINION



 Relators D&P Holdings, Inc. d/b/a Diversified Insurance Facilities, John F.
Armstrong, and G. Edward Goodwin filed a petition for writ of mandamus, in which they
contend the trial court abused its discretion when it disqualified relators' counsel.

 Mandamus will issue only to correct a clear abuse of discretion or violation of a duty
imposed by law when that abuse cannot be remedied by appeal. In re Prudential Ins. Co. of
Am., 148 S.W.3d 124, 135-36 (Tex. 2004); Walker v. Packer, 827 S.W.2d 833, 839 (Tex.
1992). After reviewing the mandamus record and petition, we conclude that the relators have
not demonstrated an abuse of discretion by the trial court. Accordingly, we lift our stay order
of May 22, 2009, and we deny the petition for writ of mandamus.

 PETITION DENIED.

 PER CURIAM


Submitted on June 1, 2009

Opinion Delivered June 11, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.